# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129239

KYONGAE SEVELIS and CRAIG SEVELIS,
          Plaintiffs-Appellants,

and

THE WELLNESS PLAN,
          Intervening Plaintiff,

v

JOHN D. SELLERS, JOHN D. SELLERS, D.O.,
P.C., ROBERT I. BOORSTEIN and ADVANCED
SURGICAL ASSOCIATES,
          Defendants,

and

BOTSFORD GENERAL HOSPITAL,
          Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129239
COA: 252398
Oakland CC: 2001-029236-NM

On order of the Court, the application for leave to appeal the May 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

p0315

Clerk